UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MENDOZA,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | 1:06-CV-00852-OWW-SMS-HC<br><br>ORDER DENYING APPLICATION AS MOOT |

    Petitioner is a prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2254. On June 7, 2006, petitioner submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 to the Northern District of California. Due to the fact that petitioner paid the filing fee for this action on June 7, 2006, at the Northern District of California, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:  August 3, 2006**                    **/s/ Sandra M. Snyder**
ah0l4d                                             UNITED STATES MAGISTRATE JUDGE