# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MENDOZA, | CV F   06-00852 OWW SMS HC |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION AND DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
|     v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | [Doc. 6] |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on June 6, 2006, in the United States District Court for the Northern District of California.  The petition was transferred to this Court on June 27, 2006, and filed on July 6, 2006.

On August 15, 2006, the Court issued an order to show cause as to why the petition should not be dismissed for failure to name a proper respondent.  On September 12, 2006, Petitioner filed a motion to amend the petition to name the proper respondent.  (Court Doc. 6.)

In his motion, Petitioner names M.C. Kramer, the Warden at Folsom State Prison, which is the proper Respondent for this action.  Accordingly, it is HEREBY ORDERED that:

1. Petitioner's motion to amend the petition is GRANTED; and
2. The Clerk of Court is directed to change the name of Respondent from People of the State of California to M.C. Kramer.

1

1 | IT IS SO ORDERED.

2 | **Dated:     September 15, 2006              /s/ Sandra M. Snyder**
icido3                                         UNITED STATES MAGISTRATE JUDGE